No. 00–9132. MARTIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–9136. BROOKS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9144. WILLIAMS v. JUSINO, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 00–9149. PALACIOS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–9155. GLINSEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9156. BOWERS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–9158. BROADIE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–9159. AGU v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9161. LA GATTA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–9168. WOMACK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–9176. HOBBS v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 00–9195. BOLTON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–1323. BRIDENBAUGH ET AL. v. CARTER, ATTORNEY GENERAL OF INDIANA, ET AL. C. A. 7th Cir. Motions of David Lucas et al. and Coalition for Free Trade for leave to file briefs as *amici curiae* granted. Certiorari denied.